UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VLADIMIR GARCIA-POLANCA,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondents.

C26-0675 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Respondents have provided notice, docket no. 22, that petitioner Vladimir Garcia-Polanca was removed from the United States on March 20, 2026.  As a result, petitioner's emergency motion for a temporary restraining order (TRO),[1] docket no. 2, and petitioner's renewed emergency motion for a TRO, docket no. 10, both of which sought a TRO prohibiting petitioner's removal, are STRICKEN as moot.

(2)     Petitioner, who is represented by counsel, is DIRECTED to show cause, within twenty-one (21) days of the date of this Minute Order, why the petition for a writ of habeas corpus, docket no. 1, should not also be STRICKEN because no "live controversy" has survived petitioner's removal from the country.  *See* *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) (indicating that a habeas petition is not moot if "some remaining 'collateral consequence' . . . may be redressed by success on the petition").

---

[1] By Order entered February 25, 2026, docket no. 3, petitioner's emergency motion for a TRO was denied to the extent that it sought such relief on an ex parte basis.

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of April, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2